BEFORE THE SECOND DIVISION, JULY 21, 1948

**No. 52474.**—Julius Kayser & Co. *v.* United States, protests 653447–G and 89347–K (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of cotton fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D.

333) were made. The claim at 35 percent ad valorem, plus any additional duty applicable under paragraph 924, was therefore sustained.